**Order entered June 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00499-CV

## IN THE INTEREST OF O.K.L. AND M.L.L., CHILDREN

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-21272

## ORDER

Before the Court is appellee's June 8, 2021 motion for leave to file a sur-reply brief. We **GRANT** the motion and **ORDER** the sur-reply brief received June 7, 2021 filed as of the date of this order. The parties are cautioned that no further briefing shall be filed unless requested by the Court.

/s/    CRAIG SMITH
       JUSTICE